IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:12-CV-450-WC ) [WO] ) |
| CURTIS PRITTCHERT, *et al.*, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered herewith, it is the

ORDER, JUDGMENT and DECREE of this court that this case is DISMISSED without prejudice for the plaintiff's failure to properly exhaust an available administrative remedy as required by the directives of 42 U.S.C. § 1997e(a).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 20th day of October, 2014.

 /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE